IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

VINCENT WILSON,
    Plaintiff,

v.                                                       Civil No. 3:22cv724 (DJN)

UNKNOWN,
    Defendant.

**MEMORANDUM OPINION**

Plaintiff, a Virginia inmate proceeding *pro se*, submitted a letter requesting that the Court send him more forms for filing a 42 U.S.C. § 1983 complaint. By Memorandum Order entered on November 28, 2022, the Court explained that the Clerk had already sent Plaintiff at least ten § 1983 complaint forms and *in forma pauperis* affidavit forms. (ECF No. 2.) The Court had previously instructed Plaintiff that he could maintain a blank § 1983 complaint form and make copies of it if he wished to file future complaints. *See Wilson v. O'Bryant*, No. 3:22cv556 (E.D. Va. filed Aug. 17, 2022), (ECF No. 9). Additionally, the Court explained that Plaintiff also had at least thirteen separate civil actions pending in this Court that were at various stages of the screening process.

Nevertheless, the Court directed the Clerk to mail Plaintiff a standardized form for filing a 42 U.S.C. § 1983 complaint. The Court explained that if Plaintiff wished to file a complaint at this time, he should complete and return the form to the Court within thirty (30) days of the date of entry thereof. The Court noted that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed and Plaintiff has not completed and returned the § 1983 complaint form. Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

An appropriate Order shall issue.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Dated: February 10, 2023

2